433 A.2d 102

Commonwealth v. Jackson, Appellant.

Submitted June 13, 1980. Elaine DeMasse, Assistant Public Defender, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, HOFFMAN and CIRILLO, JJ.*

Judgment of sentence affirmed.